

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2015

No. 04-15-00242-CV

**IN RE UNIVERSITY OF THE INCARNATE WORD**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On April 21, 2015, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than May 6, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 22, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-07249, styled *Valerie Redus, Individually and Robert Redus, Individually and as Administrator of the Estate of Robert Cameron Redus v. University of the Incarnate Word and Christopher Carter*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.